FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellant, v. SELSO RANDY ORONA, Defendant-Appellee. | No. 17-17508 <br><br> D.C. Nos. 2:16-cv-02160-SRB <br> 2:11-cr-00856-SRB-1 <br> District of Arizona, <br> Phoenix <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a)

and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be

cited as precedent by or to any court of the Ninth Circuit.

Judges Murguia and Hunsaker did not participate in the deliberations or vote

in this case.